UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **TERRAL RIVERSERVICE INC.** | * | **CIVIL ACTION NO. 15-2713** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **SALACIA LOGISTICS L L C** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Answer [Doc. No. 5] filed by Defendant Salacia Logistics, LLC, is STRICKEN from the record.

MONROE, LOUISIANA, this 14th day of November, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE